

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In the Matter of K.T., a Juvenile

No. 06-22-00003-CV

Appeal from the County Court at Law of Harrison County, Texas (Tr. Ct. No. 5064). Memorandum Opinion delivered by Justice Carter*, Chief Justice Morriss and Justice Stevens participating. *Justice Carter, Retired, Sitting by Assignment.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the trial court's transfer order.

We note that the appellant has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED APRIL 25, 2022
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk